UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

Scott Zimmerman,

      Plaintiff,

v.                                                                    Case No: 23-CV-237

United of Omaha Life
Insurance Company,

      Defendants

---

## MOTION TO DISMISS WITHOUT PREJUDICE

---

The Plaintiff, by his attorneys, Hawks Quindel, S.C., hereby moves to dismiss Defendants without prejudice.

Dated: May 24, 2023.

                          HAWKS QUINDEL, S.C.

By:     */s/ William E. Parsons*
        William E. Parsons, WI State Bar No. 1048594
        Email: wparsons@hq-law.com
        Naomi R. Swain, WI State Bar No. 1115655
        Email: nswain@hq-law.com
        409 East Main Street
        P.O. Box 2155
        Madison, Wisconsin 53701-2155
        Telephone: 608/257-0040
        Facsimile: 608/256-0236

01042520